IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE BARFIELD, | ) | 8:10CV30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EXXON MOBIL, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 3). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 3rd day of March, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge